IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CHARLES E. COOK, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:10-00643 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| HON. JOHN M. MCHUGH, | ) | |
| Acting Secretary of the United States | ) | |
| Department of the Army, | ) | |
| | ) | |
| Defendant. | ) | |

### O R D E R

Pursuant to 28 U.S.C. § 636(b)(1) (A) and (B), this action is referred to the Honorable John Bryant, Magistrate Judge to hear and determine any pretrial motion, including discovery matters, to conduct any necessary conferences and hearings and to submit a report and recommendation for disposition of any motion filed under Fed. R. Civ. P. 12, 15, 56 and 65.

Therefore, the initial case management conference set for **Monday, August 23, 2010 at 2:00 p.m. is CANCELLED**. The case management conference will be reset by Judge Bryant.

It is so **ORDERED**.

**ENTERED** this the ____ day of July, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge