UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

```
CHARLES E. COOK,               )
                               )
     Plaintiff,                )
                               )
          v.                   )   NO.  3:10-0643
                               )
HON. JOHN M. McHUGH,           )   Judge Haynes/Bryant
                               )
     Defendant.                )
```

### O R D E R

This matter has been referred to the undersigned Magistrate Judge for management of the case (Docket Entry No. 3).

An initial case management conference is set for **Monday, August 30, 2010,** at **10:00 a.m.** in Courtroom 776, U.S. Courthouse, 801 Broadway, **Nashville**, Tennessee. The parties shall file a proposed case management order three (3) business days prior to August 30, 2010.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge