IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CHARLES E. COOK, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:10-0643 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| JOHN McHUGH, | ) | |
| SECRETARY OF THE ARMY, | ) | |
| | ) | |
| Defendant. | ) | |

# O R D E R

Before the Court is the Defendant's motion to dismiss (Docket Entry No. 15). To date, Plaintiff has not responded to this motion nor sought an extension of time.

In a related action, the Honorable John T. Nixon granted the Defendant's motion for summary judgment in <u>Charles E. Cook v. John McHugh</u>, 3:09-0649 (Docket Entry No. 31, Memorandum Order, January 27, 2011).

Under Local Rules 7.01(b), the "[f]ailure to file a timely response shall indicate that there is no opposition to the motion." Given Plaintiff's failure to respond, the Defendant's motion to dismiss (Docket Entry 14) is **GRANTED**. This action is **DISMISSED with prejudice**.

It is so **ORDERED**.

**ENTERED** this the _____ day of February, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge